# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: January 27, 2020

| | | |
|---|---|---|
| MICHAEL SMITH, Individually and On Behalf of all Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. CIV-19-00999-JD |
| | ) | |
| TARGET CORPORATION, | ) ) | |
| Defendant. | ) | |

**ENTER ORDER:**

On counsel's representation that the parties have reached a settlement, the Status/Scheduling Conference set for February 5, 2020, at 11:30 a.m. is STRICKEN. Counsel is not required to file their Joint Status Report due January 27, 2020.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

CARMELITA REEDER SHINN, CLERK

By: _/s/ Nyssa Vasquez_
Deputy Clerk