**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MICHAEL SMITH, Individually and On Behalf of all Others Similarly Situated, | § § § | |
| Plaintiff, | § § | CASE NO. CIV-19-999-JD |
| v. | § § | |
| TARGET CORPORATION, | § § | |
| Defendant. | § § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Michael Smith, by and through his attorneys of record, Kristopher E. Koepsel of the firm Riggs, Abney, Neal, Turpen, Orbison & Lewis, PC, and Brian Murray and Kevin F. Ruf of the firm Glancy, Prongay & Murray LLP, and Defendant, Target Corporation, by and through their attorneys of record, Byrona J. Maule of the firm Phillips Murrah P.C. and Joseph G. Schmitt and David A. James of the firm Nilan Johnson Lewis PA, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal of Michael Smith's claims asserted in this action with prejudice to the re-filing of same. Each party shall bear their own costs and attorneys' fees.

BY:

*s/ Byrona J. Maule*
Byrona J. Maule, OBA #16159
PHILLIPS MURRAH P.C.
Corporate Tower – Thirteenth Floor
101 N. Robinson Ave.
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
bjmaule@phillipsmurrah.com

JOSEPH G. SCHMITT, *(admitted pro hac vice)*
DAVID A. JAMES, *(admitted pro hac vice)*
NILAN JOHNSON LEWIS PA
120 South Sixth Street, Suite 400
Minneapolis, Minnesota 55402
Telephone: (612) 305-7500
Facsimile: (612) 305-7501
jschmitt@nilanjohnson.com
djames@nilanjohnson.com


Byrona J. Maule, OBA #16159
PHILLIPS MURRAH P.C.
Corporate Tower – Thirteenth Floor
101 N. Robinson Ave.
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
bjmaule@phillipsmurrah.com

*Attorneys for Defendant*
*Target Corporation*

- AND –

*s/Kristopher E. Koepsel*
Kristopher E. Koepsel, OBA #19147 (Signed
by Filing Attorney with permission of Attorney)
Riggs, Abney, Neal, Turpen,
       Orbison & Lewis, PC
502 West Sixth Street
Tulsa, OK 74119
Telephone: (918) 587-3161
kkoepsel@riggsabney.com

Brian Murray  State Bar No. 2388494
Glancy Prongay & Murray LLP
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
bmurray@glancylaw.com


Kevin F. Ruf
State Bar No. 136901
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (212) 884-0988
kruf@glancylaw.com

***Attorneys for Plaintiff***